# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-1688
Lower Tribunal No. 2023-CA-007891

———————————————

JOEL EDWARD CHANDLER,

Appellant,

v.

SWFAHCF EAST POINT II, LLC,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
Rachael Loukonen, Judge.

June 30, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and PRATT, JJ., concur.

Joel Edward Chandler, Lakeland, pro se.

Jeffrey W. Hurcomb and Joseph R. Murphy, of Roberts, Reynolds, Bedard & Tuzzio, PLLC, Fort Myers, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED